William Edward McCORMACK, et
al., Respondents,

v.

Evan F. LINDBERG, M.D., Appellant.

No. C5-83-1448.

Supreme Court of Minnesota.

Sept. 16, 1985.

### ORDER

It now appearing that the petition for further review of the decision of the Court of Appeals in this matter was improvidently granted by this court,

IT IS HEREBY ORDERED that the February 27, 1985 order of this court granting review of the June 12, 1984 opinion of the Court of Appeals be, and the same is, vacated.